**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6638**

———————

LLOYD ST. ROSE,

        Plaintiff - Appellant,

    v.

BALTIMORE COUNTY; OFFICER KAWONDA SEARS; DOES 1-9; SERGEANT STOCKSLAGER; MR. HARRIS; MS. SMITH; BALTIMORE COUNTY POLICE DEPARTMENT,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:25-cv-00172-ABA)

———————

Submitted:  November 20, 2025               Decided:  November 25, 2025

———————

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Lloyd St. Rose, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd St. Rose seeks to appeal the district court's order dismissing some of the claims alleged in his amended 42 U.S.C. § 1983 complaint but allowing his conditions of confinement claim to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order St. Rose seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*